UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF KENTUCKY
AT BOWLING GREEN
CIVIL ACTION NO. 1:06CV-00118-JHM

JAMES S. FALLER, II                                                                                       PLAINTIFF

VS.

LANCE HARRIS, ET AL.                                                                                  DEFENDANTS

## **ORDER**

The above matter having been referred to the United States Magistrate Judge who has filed his Findings of Fact, Conclusions of Law, and Recommendation, objections having been filed thereto, and the Court having considered the same, adopts the Findings of Fact and Conclusions of Law as set forth in the report submitted by the United States Magistrate Judge.

**IT IS HEREBY ORDERED** that the 1983 claim is **DISMISSED** with prejudice under Rule 12(b)(1), the RICO claim is **DISMISSED** with prejudice under Rule 12(b)(6), and the remaining State law fraud claim is **DISMISSED** without prejudice for want of subject matter jurisdiction.

Copies:      Counsel of Record
             *Pro Se* Parties
             U.S. Magistrate Judge E. Robert Goebel